IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOY HARVICK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1373-RP |
| ELON MUSK and AMERICA PAC, | § § § | |
| Defendants. | § § | |

## ORDER

Defendants filed a Motion to Appear Pro Hac Vice for Jesse Vazquez. (Dkt. 9). The motion indicates Vazquez is a member of the Bar of the State of Florida, but the bar license number listed in the motion does not match the license number associated with Vazquez's name in the Florida Bar lawyer directory. Accordingly, **IT IS ORDERED** that Defendants shall, **on or before June 12, 2025**, (1) file a clarification with the Court apprising the Court of the correct license number for Vazquez, or (2) file a corrected Motion to Appear Pro Hac Vice in accordance with Local Rule AT-1(f)(1). Failure to do so may result in denial of the motion for Vazquez to appear pro hac vice.

**SIGNED** on June 5, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE