IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOY HARVICK, individually and on behalf of all other similarly situated; | § § § | |
| *Plaintiff*, | § § | Case No.: 1:24-cv-1373-RP |
| v. | § § § | |
| ELON MUSK & AMERICA PAC, | § § | |
| *Defendants*. | § § § | |

# ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER

On this day, came to be heard the Plaintiff's Motion to Extend Scheduling Order and having heard considered the merits of the Motion and the papers on file herein. The Court is of the opinion that said Motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Extend Scheduling Order is **GRANTED**. The current Scheduling Order in this case is hereby modified such that the deadline for the close of Phase One Discovery is extended by ninety (90) days from the current deadline. All remaining deadlines set forth in the Scheduling Order are likewise extended by ninety (90) days from their current settings.

SIGNED on this _____ day of _____, 2026.

_____
JUDGE PRESIDING