IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOY HARVICK, individually and on behalf of all other similarly situated; | § § § | |
| *Plaintiff,* | § § | Case No.: 1:24-cv-1373-RP |
| v. | § § | |
| ELON MUSK & AMERICA PAC, | § § § | |
| *Defendants.* | § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER TO PERMIT DISCOVERY SHARING

On this day, came to be heard Plaintiff's Motion to Modify Protective Order to Permit Discovery Sharing and have heard considered the merits of the Motion and the papers on file herein. The Court is of the opinion that said Motion should be GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Modify Protective Order to Permit Discovery Sharing is GRANTED. The Protective Order previously entered in this action is hereby modified to include the following provisions:

- Discovery materials produced in this action, including documents, written discovery responses, and deposition transcripts, may be disclosures and used in the related action styled *McAferty v. Elon Musk & American PAC* pending in the United States District Court for the Western District of Texas, provided that all such materials remain subject to this Protective Order and any recipient agrees in writing to be bound by its terms.

2

All other terms of the existing Protective Order shall remain in full force and effect.

SIGNED on this _____ day of _____, 2026.

_____
JUDGE PRESIDING