# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Jacqueline McAferty,** *individually and* *on behalf of all others similarly situated,* <br> *Plaintiff* <br><br> **v.** <br><br> **Elon Musk and America PAC,** <br> *Defendants* | § § § § § § § § § § | **No. 1:24-cv-01346-RP** |
| **Joy Harvick,** *individually and on behalf of all others similarly situated,* <br> *Plaintiff* <br><br> **v.** <br><br> **Elon Musk and America PAC,** <br> *Defendants* | § § § § § § § § | **No. 1:24-cv-01373-RP** |

## ORDER

The Honorable Robert Pitman has entered Text Orders referring eight pending motions in these two cases to this Magistrate Judge for disposition of all non-dispositive pretrial motions and findings and recommendations on all case-dispositive motions, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The Court **ORDERS** the parties, or counsel appearing on their behalf, to appear for a hearing on **ALL PENDING MOTIONS** referred to this Magistrate Judge at **2 p.m. Tuesday, June 23, 2026** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on May 8, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1