**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JOY HARVICK, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br>v.<br><br>ELON MUSK & AMERICA PAC,<br><br>Defendant. | Case No. 1:24-CV-01373-RP<br><br>Related to Case No.: 1:24-cv-1346 |

**NOTICE OF SETTLEMENT AND REQUEST FOR A STAY OF ALL PROCEEDINGS**

Plaintiff in the above-caption case, Joy Harvick (Plaintiff), and Defendants in the above-caption case, Elon Reeve Musk and America PAC (Defendants), (collectively, the Parties) by and through their respective counsel of record, hereby inform the Court as follows:

The Parties have reached a Settlement and respectfully request that the Court vacate all deadlines and stay further proceedings for a period of thirty (30) days to allow the Parties to finalize and execute the settlement agreement and file a Motion for Preliminary Approval.

Respectfully submitted,

/s/ Mark D. Bankston
MARK D. BANKSTON
Tex. State Bar No. 24071066
(*pro hac vice* admitted)

KYLE W. FARRAR
W.D. Tex. Bar No. 352045
**FARRAR & BALL, LLP**
1117 Herkimer
Houston, TX 77008
(713) 221-8300
mark@fbtrial.com
kyle@fbtrial.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**

-and-

*/s/ Anne Marie Mackin*
Anne Marie Mackin
Texas State Bar No. 24078898
Nadin Rabelo Linthorst-*pro hac vice*
Jesse Vazquez *pro hac vice*
Andy Taylor
Texas State Bar No. 19727600
**LEX POLITICA PLLC**
P.O. Box 341015
Austin, Texas 78734
Phone: (512)354-1785
amackin@lexpolitica.com
nlinthorst@lexpolitica.com
jvazquez@lexpolitica.com
ataylor@andytaylorlaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5(d), I hereby certify that on October 15, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Mark D. Bankston*
Mark D. Bankston