IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOY HARVICK, individually and on behalf of all other similarly situated | § | |
| Plaintiff(s), | § | |
| v. | § | 1:24-CV-1373-RP |
| ELON MUSK & AMERICA PAC, | § | |
| Defendant(s). | § | |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Joy Harvick and Defendants Elon Musk and America PAC ("Parties") jointly move to extend the existing stay by 21 days, through December 7, 2026.

Following the Notice of Settlement and Request for Stay of All Proceedings (Dkt. 65), the Court entered a text order staying the case and directing the Parties to file joint dismissal papers or a joint motion to extend the stay by November 16, 2026. The Parties are still reviewing the settlement documents and need additional time to finalize them and prepare a motion for preliminary approval. The time needed to complete those steps constitutes good cause to extend the filing deadline under Federal Rule of Civil Procedure 6(b)(1)(A).

Accordingly, the Parties respectfully request that the Court extend the stay through December 7, 2026.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Nadin Rabelo Linthorst*
Nadin Rabelo Linthorst*
New York State Bar No. 5559042
Anne Marie Mackin
Texas State Bar No. 24078898
Jesse Vazquez*
Florida State Bar No.1013573
Andy Taylor

Texas State Bar No. 19727600
Lex Politica PLLC
#129 7415 SW Pkwy
Bldg. 6, Ste. 500
Austin, TX 78735
Telephone: (512) 354-1785
nlinthorst@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com
ataylor@andytaylorlaw.com

**COUNSEL FOR DEFENDANTS**

**Admitted* pro hac vice

*/s/ Mark Bankston*

Mark Bankston*
Texas Bar No. 24071066
Kyle W. Farrar
W.D. Tex. Bar No. 352045
Farrar & Ball, LLP
1117 Herkimer
Houston, TX 77008
(713) 221-8300
mark@fbtrial.com
kyle@fbtrial.com

**COUNSEL FOR PLAINTIFF**

**Admitted* pro hac vice